UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WEST BEND INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24 CV 1010 RWS |
| | ) | |
| ARIANA SILVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On January 29, 2025, I set this case for a Rule 16 scheduling conference on February 25, 2025.   ECF 32.   Under the terms of that Order, the parties were required to file a proposed joint scheduling plan for the Court's consideration by no later than February 18, 2025.   ECF 32.   As of this date, no joint proposed scheduling plan has been filed.   The Rule 16 conference cannot go forward as scheduled in the absence of the required joint proposed scheduling plan.

Accordingly,

**IT IS HEREBY ORDERED** that **the Rule 16 conference, currently set for February 25, 2025 at 2:30 p.m. is cancelled.**

**IT IS FURTHER ORDERED** that the parties shall file a joint status memorandum by no later than February 27, 2025, which sets out the status of the case, an explanation for the parties' failure to comply with the Court's January 29,

- 2 -

2025 Order Setting Rule 16 conference, and, if the case has not settled, a joint

proposed scheduling plan for this case.  **Failure to comply with this**

**Memorandum and Order may result in the imposition of sanctions against the**

**parties and/or counsel.**


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of February, 2025.