UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WEST BEND INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24 CV 1010 RWS |
| ) | |
| ARIANA SILVER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Having reviewed the joint proposed scheduling plan submitted by the parties [ECF 34], and in light of the parties' request for early mediation without the need for discovery,

**IT IS HEREBY ORDERED** that **the parties shall disclose information and exchange documents pursuant to Fed. R. Civ. P. 26(a)(1) by March 12, 2025, but all other discovery is stayed pending the completion of mediation.**

**IT IS FURTHER ORDERED** that **this case is referred to mediation on March 17, 2025, and that referral shall terminate on May 16, 2025.** If this case does not settle at mediation, the parties shall submit a joint proposed scheduling plan with deadlines for the remainder of the case by no later than **May 27, 2025.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of March, 2025.