UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WEST BEND INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24 CV 1010 RWS |
| ) | |
| ARIANA SILVER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that the joint motion for continuance [45] is granted as follows: the parties shall file appropriate motions to dismiss this action within 30 days of the final resolution of the underlying state court action, and while this case remains pending the parties shall also file a joint status report every 45 days informing the Court of the status of the underlying state court action, with the first report being due 45 days from the date of this Memorandum and Order if the case has not been otherwise dismissed by that time.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this day of 20th June, 2025.